Magistrate Judge Donohue

FILED ———— ENTERED
LODGED ———— RECEIVED

AUG 05 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                        DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF:<br><br>Cellular Telephone 775-301-7664;<br>2005 Ford Explorer;<br>Garmin GPS unit;<br>Public Storage, Unit C627;<br>Cellular Telephone 206-604-7480; and,<br>2001 Mercedes | NO. MJ15-018<br>MJ15-021<br>MJ15-037<br>MJ15-111<br>MJ15-112<br>MJ15-119<br>MJ15-352<br><br>MOTION TO UNSEAL |
|---|---|

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Thomas M. Woods and Vincent T. Lombardi, Assistant United States Attorneys, submits this motion for an Order unsealing the above-listed search warrants.

On August 5, 2015, the charging documents in the matter for which these warrants were issued were unsealed and numerous targets were arrested. As such, there no longer exists a necessity to maintain the search warrant, search warrant return, application and affidavit in support of the same, and all attachments in this matter, under seal. Furthermore, these search warrant materials are subject to discovery.

//
//

1  For the reasons described herein, the United States hereby requests that the above-
2  referenced sealed items be unsealed in their entirety.
3
4  DATED this 5th day of August, 2015.
5
6                                          Respectfully submitted,
7
                                            ANNETTE L. HAYES
8                                           Acting United States Attorney
9
                                            /s/ Thomas M. Woods
10                                          THOMAS M. WOODS
                                            VINCENT T. LOMBARDI
11                                          Assistant United States Attorney
12                                          United States Attorney's Office
                                            700 Stewart Street, Suite 5220
13                                          Seattle, Washington 98101-1271
                                            Phone:  206-553-7970
14                                          E-mail: thomas.woods2@usdoj.gov
15
16
17
18
19
20
21
22
23
24
25
26
27
28